**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 1:25-cr-00105-NYW

UNITED STATES OF AMERICA,

      Plaintiff,

v.

COOPER FREDERICK,

      Defendant.

---

**MOTION FOR LEAVE TO FILE DOCUMENT UNDER LEVEL 1 RESTRICTION**

---

Cooper Frederick, by and through counsel, Kelly L. Page of Recht Kornfeld, P.C., respectfully requests leave of this Court to assign "Level 1" restriction to ECF Document No. 10, so that access to the document shall be limited to the case parties and the Court. In support of this request, counsel states as follows:

1. On April 21, 2025, counsel filed a Motion in Support of Request to Release Mr. Frederick on Bond with Conditions with Exhibits A-H (ECF No. 10).

2. Counsel respectfully requests leave of this Court to assign "Level 1" restriction to the Motion in Support of Request to Release Mr. Frederick on Bond with Conditions (ECF No. 10) and its exhibits, so that access to the documents shall be limited to case parties and the Court.

3. The Motion in Support of Request to Release Mr. Frederick on Bond with Conditions contains details regarding Mr. Frederick's personal health information. This private information, while relevant to the Court's determination on the request to release Mr. Frederick on bond with conditions, refers to Mr. Frederick's medical diagnoses and treatment and is

1

HIPAA protected. This personal health information should be safeguarded against dissemination to the public pursuant to federal health privacy laws.

4.    The interest to be protected by assigning Level 1 restriction to the Motion in Support of Request to Release Mr. Frederick on Bond with Conditions is that of ensuring the privacy and confidentiality of Mr. Frederick's medical diagnoses and treatment details contained in the Motion, without the general public being privy to that information as well. Members of the public are not inherently afforded the right to have knowledge of the personal health information of a defendant in a criminal case.

5.    Additionally, the motion contains the names of Mr. Frederick's immediate family members as well as his parents' home address, which counsel wishes to keep known only to the case parties and the Court. There is a heightened media interest in this case, and for the privacy and safety of the Frederick family, counsel wishes to prevent the public dissemination of this information.

6.    There is no practicable alternative other than assigning Level 1 restriction to the Motion in Support of Request to Release Mr. Frederick on Bond with Conditions (ECF No. 10) which will accomplish the interest outlined above. Further, counsel believes that Level 1 restriction is the minimum level of protection which will adequately address the serious interests of protecting Mr. Frederick's personal health data and his family members' personal information in the Motion in Support of Request to Release Mr. Frederick on Bond with Conditions from dissemination to the public, while at the same time allowing this Court and the government the ability to review the motion.

WHEREFORE, Cooper Frederick respectfully requests leave of this Court to restrict access to the Motion in Support of Request to Release Mr. Frederick on Bond with Conditions (ECF No. 10) by assigning the document "Level 1" restriction.

Respectfully submitted this 23rd day of April, 2025

**RECHT KORNFELD, P.C.**

*s/ Kelly L. Page*
Richard K. Kornfeld
Kelly L. Page
Attorneys for Defendant Cooper Frederick
1600 Stout Street, Suite 1400
Denver, Colorado 80202
(303) 573-1900
Fax: (303) 446-9400
kelly@rklawpc.com
rick@rklawpc.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 23rd day of April, 2025, I electronically filed the foregoing **MOTION FOR LEAVE TO FILE DOCUMENT UNDER LEVEL 1 RESTRICTION** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

<u>*s/ Erin Mohr*</u>