IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 25-cr-00105-NYW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

COOPER FREDERICK,

    Defendant.

**THIRD UNOPPOSED MOTION FOR AN ENDS OF JUSTICE CONTINUANCE OF TRIAL AND RELATED DATES**

Defendant Cooper Frederick, by and through counsel, Kelly L. Page and Richard K. Kornfeld of Recht Kornfeld, P.C., respectfully moves this Court for an Order, pursuant to Title 18 U.S.C. § 3161(h)(1) and (7)(A) for a 120 day ends of justice continuance of this matter. In support of said Motion, Defendant states as follows:

    1.    Defendant is charged in an indictment dated March 27, 2025 with one count of maliciously damaging and destroying, by means of fire and explosive materials, vehicles used in interstate or foreign commerce and in an activity used in interstate or foreign commerce, in violation of 18 U.S.C. § 844(i), and one count of knowingly and unlawfully possessing a firearm, that is a destructive device, as defined in 26 U.S.C. § 5845(a)(8) and (f), that was not registered in the National Firearms Registration and Transfer Record, in violation of 26 U.S.C. §§ 5861(d) and 5871. Defendant presently is out of custody and on bond.

    2.    On April 22, 2025, Defendant appeared for an Initial Appearance, Arraignment, and Detention Hearing and entered a plea of not guilty to Counts 1 and 2 of the Indictment.

3. At present, this case is set a five-day jury trial commencing on December 15, 2025, with this Court having found that the Speedy Trial clock is tolled through December 29, 2025. All pretrial motions shall be filed on or before October 24, 2025, and responses to these motions shall be filed by October 31, 2025 (Doc. 33).

4. Due to the nature of this case, the defense has submitted a proposed disposition to the Office of the Deputy Attorney General at the U.S. Department of Justice. The proposed disposition was supported by a detailed packet of information, and the defense is still awaiting a response.

5. The defense wishes for additional time to receive a response from the Office of the Deputy Attorney General which could allow the parties and the Court to avoid a trial in this case.

6. Additionally, according to the government, the ATF expert Origin and Cause determination with regard to the alleged fire in this case is currently undergoing peer review, and will be provided to the defense as soon as the peer review process is completed, which is anticipated to occur in the near future. The defense needs additional time to review this report and explore retention of its own experts.

7. Further, defense counsel Mr. Kornfeld is currently set for a trial in Eagle County District Court from February 2 – 11, 2026, and Ms. Page is set for a felony trial in Boulder County District Court from January 20 – 27, 2026. Ms. Page will also be out of the country from February 12 – March 3, 2026.

8. Defendant requests that the deadlines for the filing of pretrial motions, disclosure of experts, and other temporal requirements also be continued for the reason stated above.

9.     Undersigned counsel has conferred with Assistant United States Attorney Garreth Winstead, who indicates that the government does not oppose this request. Defendant also concurs with the request made herein.

10.    Consistent with the guidance provided in United States v. Toombs, 574 F.3d 1262 (10th Cir. 2009), the factors that support the requested continuance pursuant to Title 18 U.S.C. § 3161(h)(1) and (7)(A) are:

**a) Whether a failure to grant the continuance would result in a miscarriage of justice**, *See* 18 U.S.C. § 3161(h)(7)(B)(I). The defense believes a miscarriage of justice would occur if the Defendant is forced to proceed to trial under the current time limitations without allowing time to receive a response from the Office of the Deputy Attorney General. Additionally, the defense believes a miscarriage of justice would occur should counsel not have sufficient time to receive and review the ATF expert Origin and Cause report with regard to the alleged fire in this case, which is currently undergoing peer review, and potentially explore the retention of its own experts.

**b) Whether a failure to grant the continuance would deny counsel for the Defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence**, *See* 18 U.S.C. § 3161(h)(1)(A). Failure to grant a continuance in this case would deny counsel for Mr. Frederick the reasonable time necessary to receive a response from the Office of the Deputy Attorney General, as well as deny counsel the necessary time to receive and review the peer-reviewed ATF expert Origin and Cause determination with regard to the alleged fire in this case, and depending on that report, to both effectively advise Mr. Frederick as to his options, undersigned counsel's best professional advice regarding the best course of action, and, if necessary, effectively prepare for trial.

11.     It is in the interests of justice to grant this Motion as the defense and counsel for the government are attempting to reach a disposition of this case, but, due to the nature of the case, the parties are awaiting a response from the Office of the Deputy Attorney General at the U.S. Department of Justice in regards to the proposed disposition. Further, defense counsel is awaiting receipt of the completed ATF expert Origin and Cause determination with regard to the alleged fire in this case, which is undergoing peer review.

12.     The parties have conferred, and they do not anticipate filing additional requests for continuance of trial.

WHEREFORE, Defendant Cooper Frederick respectfully moves this Court for an Order granting a 120 day ends of justice continuance of this matter and modifying the jury trial date and attendant pretrial deadlines accordingly.

Respectfully submitted this 7th day of October, 2025

**RECHT KORNFELD, P.C.**

*s/ Richard K. Kornfeld*
Richard K. Kornfeld
Kelly L. Page
Attorneys for Defendant Cooper Frederick
1600 Stout Street, Suite 1400
Denver, Colorado 80202
(303) 573-1900
Fax: (303) 446-9400
rick@rklawpc.com
kelly@rklawpc.com

5

**CERTIFICATE OF SERVICE**

       I hereby certify that on this 7th day of October, 2025, I electronically filed the foregoing **Third Unopposed Motion for an Ends of Justice Continuance of Trial and Related Deadlines** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.


*s/ Erin Mohr*
Erin Mohr