**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 25-cr-00105-NYW

UNITED STATES OF AMERICA,

      Plaintiff,

v.

COOPER FREDERICK,

      Defendant.

---

**UNOPPOSED MOTION TO REMOVE GPS LOCATION MONITORING AS A CONDITION OF PRETRIAL RELEASE**

---

Cooper Frederick, by and through counsel, Kelly L. Page and Richard K. Kornfeld of Recht Kornfeld, P.C., respectfully moves this Court for an Order removing GPS location monitoring as a condition of his pretrial release. In support of said Motion, counsel states as follows:

1. Defendant is charged in an indictment dated March 27, 2025 with one count of maliciously damaging and destroying, by means of fire and explosive materials, vehicles used in interstate or foreign commerce and in an activity used in interstate or foreign commerce, in violation of 18 U.S.C. § 844(i), and one count of knowingly and unlawfully possessing a firearm, that is a destructive device, as defined in 26 U.S.C. § 5845(a)(8) and (f), that was not registered in the National Firearms Registration and Transfer Record, in violation of 26 U.S.C. §§ 5861(d) and 5871. Mr. Frederick presently is out of custody and supervised by pre-trial in his home state of Texas. Trial is set to commence on July 20, 2026.

1

2.      At the detention hearing on April 22, 2025, the Court indicated it would be willing to reassess the intensive location monitoring that it imposed as a condition of Mr. Frederick's release.

3.      Specifically, Mr. Frederick is requesting that the GPS ankle monitor that is used for his location monitored be removed. (ECF18).

4.      Counsel conferred with Mr. Frederick's pre-trial officer, Shalonda Arterberry, who does not object to this request to remove the location monitoring. Ms. Arterberry indicated that Mr. Frederick has not violated this condition of release in the almost year she has supervised him, and that he is compliant with his other conditions of release.

5.      Mr. Frederick will remain living in the home of his parents, Kelby and Kristi Frederick, who continue to remain committed to their son's compliance with his conditions of release. For almost a year Mr. Fredrick has maintained stable employment with the same company and continues to participate in therapy with his local provider in Texas. In the last year Mr. Frederick's performance on supervised release proves to this Court that he can be safely monitored in the community and that the GPS location monitoring is no longer necessary to ensure compliance with conditions, his appearance in court and his engagement with his case and attorneys.

6.      Further, counsel conferred with AUSA Michael Houlihan, who indicated the government does not object to this request.

WHEREFORE, Cooper Frederick respectfully moves this Court for an Order which removes his GPS location monitoring as a condition of his pretrial release.

2

Respectfully submitted this 31st day of March, 2026

**RECHT KORNFELD, P.C.**

*s/ Kelly Page*
Richard K. Kornfeld
Kelly L. Page
Attorneys for Cooper Frederick
1600 Stout Street, Suite 1400
Denver, Colorado 80202
(303) 573-1900
Fax: (303) 446-9400
rick@rklawpc.com
kelly@rklawpc.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of March 2026, I electronically filed the foregoing **UNOPPOSED MOTION TO REMOVE GPS LOCATION MONITORING AS A CONDITION OF RELEASE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

*s/ Valerie Lucero*
Valerie Lucero