**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No.: 25-CR-00105-NYW

UNITED STATES OF AMERICA,

Plaintiff,

v.

COOPER FREDERICK,

Defendant.

---

**UNOPPOSED MOTION FOR 14-DAY EXTENSION OF
THE PRETRIAL MOTION RESPONSE DEADLINE**

---

The United States of America, by United States Attorney Peter McNeilly, through the undersigned Assistant United States Attorneys, hereby files this Motion requesting an extension of time to file its response to Defendant Cooper Frederick's Motion to Suppress Evidence Obtained and Derived from Flock [ECF 52] ("Suppression Motion") and Motion to Dismiss Indictment for Unconstitutional Selective Prosecution [ECF 54] ("Motion to Dismiss"). As grounds, the government states as follows:

(1) On May 21, 2026, the Court granted Defendant's Sixth Unopposed Motion for an Ends of Justice Continuance of Trial and Related Dates [ECF 49]. In that order, the Court set a motions deadline of August 7, 2026, and a response date of August 14, 2026.

(2) In accordance with the foregoing schedule, on August 7, 2026, counsel for Defendant filed three motions: the Suppression Motion, the Motion to Dismiss, and a Motion to Set a Deadline for Filing of 404(b) Notice By Prosecution [ECF 53] (the "404(b) Motion") (which is addressed separately below).

(3) Defendant's Suppression Motion and Motion to Dismiss both raise novel legal issues, most notably Defendant's challenge to the constitutionality of warrantless use of the Flock Safety camera system. The United States needs additional time to brief those issues.[1]

Based on the foregoing, the government respectfully requests an extension of the deadline to respond to the Suppression Motion and Motion to Dismiss, from August 14 to August 28, 2026. Counsel for the defendant does not oppose this extension.

Separately, pursuant to the Court's minute order dated August 11, 2026 [ECF 55], the parties have conferred regarding a deadline for the Government's notice of its intent to use Rule 404(b) evidence. Following that conferral, the parties agree that the government will produce notice of any proposed Rule 404(b) evidence no later

[1] The government is also aware that defense counsel in *United States v. Lucy Grace Nelson*, No. 25-CR-NYW, has filed parallel motions that raise many of the same issues. The charges in *United States v. Lucy Nelson* arise from similar facts to this case, the legal issues are similar, and many or most of the same witnesses are likely to be needed at evidentiary hearings, if any are held. The government is in the process of conferring with counsel in both cases regarding a proposal to the Court for coordinating the resolution of these legal issues in both cases. Nevertheless, the requested extension should allow adequate time to file the United States' responses to the two substantive pretrial motions.

than 45 days prior to the trial date.

Respectfully submitted this August 12, 2026.

PETER MCNEILLY
United States Attorney

*s/ Garreth Winstead*
Garreth Winstead
Deputy United States Attorney
United States Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0311
Fax: 303-454-0406
E-mail: garreth.winstead@usdoj.gov
Attorney for the Government

*s/ Michael F. Houlihan*
Michael F. Houlihan
Assistant United States Attorney
United States Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0311
Fax: 303-454-0406
E-mail: michael.houlihan@usdoj.gov
Attorney for the Government

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of August 2026, I electronically filed the foregoing **UNOPPOSED MOTION FOR 14-DAY EXTENSION OF THE PRETRIAL MOTION RESPONSE DEADLINE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

*Jessie Zabriskie*
United States Attorney's Office