**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 25-cr-00105-NYW

UNITED STATES OF AMERICA,

Plaintiff,

v.

COOPER FREDERICK,

Defendant.

---

**UNOPPOSED MOTION FOR A SEVEN-DAY EXTENSION TO FILE REPLY BRIEFS**

---

Defendant Cooper Frederick, by and through counsel, Kelly L. Page and Richard K. Kornfeld of Recht Kornfeld, P.C., respectfully moves this Court to grant an extension of time to and including September 25, 2026 for Defendant to file Reply Briefs to the Government's Brief in Opposition to Defendant's Motion to Dismiss Indictment for Unconstitutional Selective Prosecution [ECF 64] and Response to Motion to Suppress Evidence Obtained and Derived from Flock [ECF 65]. In support of said Motion, Defendant states as follows:

1. The Government filed their Brief in Opposition to Defendant's Motion to Dismiss Indictment for Unconstitutional Selective Prosecution [ECF 64] and Response to Motion to Suppress Evidence Obtained and Derived from Flock [ECF 65] on August 28, 2026. The parties requested a scheduling order that makes the current deadline for the Defendant to file their Reply Brief's September 18, 2026.

2. Undersigned counsel has conferred with the Government regarding this Motion and Assistant United States Attorney Mike Houlihan does not object to a seven day extension for

the Defendant to file reply briefs.

WHEREFORE, Defendant Cooper Frederick respectfully moves this Court for an Order granting a 7-day extension of time to and including September 25, 2026 to file reply briefs in this matter.

Respectfully submitted this 3rd day of September, 2026.

**RECHT KORNFELD, P.C.**

*s/ Kelly L. Page*
Richard K. Kornfeld
Kelly L. Page
Attorneys for Defendant Cooper Frederick
1600 Stout Street, Suite 1400
Denver, Colorado 80202
Phone: (303) 573-1900
Fax: (303) 446-9400
rick@rklawpc.com kelly@rklawpc.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of September, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

*s/ Leni Charles*