IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 25-cr-00105-NYW

UNITED STATES OF AMERICA,

Plaintiff,

v.

COOPER FREDERICK,

Defendant.

---

**UNOPPOSED MOTION FOR MR. FREDERICK TO APPEAR TELEPHONICALLY FOR THE OCTOBER 27, 2026, STATUS CONFERENCE**

---

Cooper Frederick, by and through his counsel, Kelly Page, Liz DeLay, and Rick Kornfeld, respectfully requests this Court allow Mr. Frederick to appear telephonically for the Status Conference set for October 27, 2026. In support of this request, Mr. Frederick states as follows:

1. Mr. Frederick currently resides in Frisco, Texas pursuant to the Court's prior authorization. When his case was set for a two day motions hearing, Mr. Frederick and his family booked their travel and hotels to ensure an in person appearance for the hearing.
2. However, on October 20, 2026, this Court vacated the two day hearing, at the request of the defense, and converted the October 27 hearing date to a Status Conference.
3. In order to conserve valuable resources, Mr. Frederick requests that this Court allow him to appear telephonically/virtually. His counsel will appear in person.
4. Undersigned counsel has conferred with the Government, through Assistant United States Attorney Michael Houlihan, who has no objection to this request.

WHEREFORE, Mr. Frederick, through his counsel, hereby respectfully requests that this Court allow him appear virtually for the October 27, 2026, Status Conference.

Respectfully submitted this 21st day of October, 2026

**RECHT KORNFELD, P.C.**

*s/ Kelly Page*
Richard K. Kornfeld
Kelly L. Page
Liz DeLay
Attorneys for Cooper Frederick
1600 Stout Street, Suite 1400
Denver, Colorado 80202
(303) 573-1900
Fax: (303) 446-9400
rick@rklawpc.com
kelly@rklawpc.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of October, 2026, I electronically filed the foregoing **UNOPPOSED MOTION FOR MR. FREDERICK APPEAR TELEPHONICALLY FOR THE OCTOBER 27, 2026, STATUS CONFERENCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

*s/ Leni Charles*