IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE NINA Y. WANG**

Criminal Action: 25-cr-00075-NYW-1
Courtroom Deputy: Kally Myhaver
Probation Officer: N/A

Date: October 27, 2026
Court Reporter: Darlene Martinez

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff, | *Bryan D. Fields*<br>*Rajiv Mohan*<br>*Adam D. McConney* |
| v. | |
| LUCY GRACE NELSON,<br><br>Defendant. | *Mary V. Butterton*<br>*Stephanie M. Snyder* |

Criminal Action: 25-cr-00105-NYW-1

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff, | *Michael F. Houlihan*<br>*Rajiv Mohan* |
| v. | |
| COOPER FREDERICK,<br><br>Defendant. | *Kelly L. Page*<br>*Richard K. Kornfeld*<br>*Elizabeth DeLay* |

## COURTROOM MINUTES

**STATUS CONFERENCE**

**10:06 a.m. Court in session.**

Appearances of counsel. Defendants present on bond. Defendant Cooper Frederick appears by telephone. Also present by telephone is Laura Bernstein on behalf of Flock Group Inc.

Preliminary remarks and background case information by the Court.

Ms. Bernstein is directed to enter her appearance in Case Nos. 26-y-00408-NYW and 26-y-00409-NYW as soon as practicable.

Discussion regarding discovery production, subpoena issued to Flock, and the forthcoming Motion to Quash Subpoena.

**ORDERED:** Flock Group Inc. shall produce the documents outlined on the record to the Clerk of Court by close of business on **October 28, 2026.**

**ORDERED:** Flock Group Inc. shall file its Motion to Quash or Modify the Subpoena on or before **October 30, 2026.** Defendants and the Government shall file their responses on or before **November 16, 2026**. Flock Group Inc.'s reply shall be filed on or before **November 20, 2026.**

Discussion regarding pending motions, potential bifurcation of evidentiary hearing, and timing.

**ORDERED:** Counsel are directed to meet and confer and shall file a joint status report on or before **November 16, 2026** informing the Court of estimated timing e for the upcoming evidentiary hearing, as well as any requests for bifurcation of the hearing.

**ORDERED:** Defendants' bond is continued.

**10:32 a.m. Court in recess.**

Hearing concluded. Total time in court: 00:26